ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

THOMAS J. BRADY #4472
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
tom.brady@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 11 2008

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

LODGED

AUG 08 2008

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 02-00081-01 DAE |
| ) | |
| Plaintiff, ) | APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| vs. ) | |
| PAU SAM TALITIGA, ) | |
| Defendant. ) | |

APPLICATION AND ORDER FOR
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

COMES NOW the UNITED STATES OF AMERICA, by the United States Attorney, and represents and shows:

That there is now detained in the Halawa Correctional Facility (Module 1B), located at 99-902 Moanalua Highway, Aiea, Hawaii 96701, in the custody of the Frank Lopez, Interim Director of the Department of Public Safety, State of Hawaii thereof, the defendant PAU SAM TALITIGA, in the above-entitled case, which case will be called for a hearing on a petition for revocation of

supervised release on the 22nd day of August, 2008, at the hour of 10:30 a.m., and that it is necessary to have said defendant present in the courtroom of the Honorable David A. Ezra, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii; in order to secure the presence of defendant it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued commanding said Frank Lopez, Interim Director of the Department of Public Safety, State of Hawaii to produce said defendant to the United States Marshal or any other Federal agent assisting in this investigation, in order to procure his presence in said courtroom on said date, and at such other dates as may be necessary until termination of the criminal charges now pending against the defendant.

WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum out of and under the seal of this Court, directed to said Frank Lopez, Interim Director of the Department of Public Safety, State of Hawaii commanding him to have and produce the above-named defendant to the United States Marshal or any other Federal agent assisting in this investigation, in order to procure defendant's presence before the Honorable David A. Ezra in said courtroom, on said date and time, and from day to day thereafter as may be necessary; the United States Marshal shall retain custody of defendant and at the termination of the criminal charges now

pending against defendant return him to the Halawa Correctional Facility (Module 1B), located at 99-902 Moanalua Highway, Aiea, Hawaii 96701.

DATED: _August 8, 2008_, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _/s/ Thomas J. Brady_
THOMAS J. BRADY
  Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

O R D E R

      Upon reading and filing the foregoing Application in that behalf;

      IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued as prayed for herein;

      DATED: Honolulu, Hawaii, 8·8·2008.

                                                           UNITED STATES MAGISTRATE JUDGE

<u>United States v. PAU SAM TALITIGA</u>,
Cr. No. 02-00081 DAE
Application and Order for Writ of
Habeas Corpus Ad Prosequendum