EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

THOMAS J. BRADY #4472
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
tom.brady@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 11 2008

at 2 o'clock and ___ min ___ M.
SUE BEITIA, CLERK

LODGED

AUG 08 2008

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00081-01 DAE |
| | ) | |
| Plaintiff, | ) | WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| | ) | |
| vs. | ) | |
| | ) | |
| PAU SAM TALITIGA, | ) | |
| | ) | |
| Defendant. | ) | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: The Warden, Halawa Correctional Facility, located at 99-902 Moanalua Highway, Aiea, Hawaii 96701 and to the United States Marshal for the District of Hawaii, or his/her assistant.

### G R E E T I N G S

We command that you, the Warden, Halawa Correctional Facility, located at 99-902 Moanalua Highway, Aiea, Hawaii 96701, produce the body of PAU SAM TALITIGA (located in Module 1B), now in your custody to the United States Marshal, District of Hawaii, United States Courthouse, 300 Ala Moana Boulevard, Honolulu,

Hawaii, and further that the United States Marshal upon taking custody of said defendant produce said defendant before the Honorable David A. Ezra, United States District Judge, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on the 22nd of August, 2008 the hour of 10:30 a.m. for the hearing on a petition for revocation of supervised release in the above-captioned case regarding said defendant, and also at such other times as may be ordered by this Court, and have you then and there this Writ.

Custody of said PAU SAM TALITIGA, shall remain with the United States Marshal. The delivery of the body of said PAU SAM TALITIGA by the United States Marshal to the courtroom of the Honorable David A. Ezra, as aforesaid until termination of the criminal charges now pending against defendant and the return by the United States Marshal of said defendant to the custody of the Halawa Correctional Facility (Module 1B), located at 99-902 Moanalua Highway, Aiea, Hawaii 96701, shall be deemed sufficient compliance with this Writ.

//
//
//
//
//
//
//

WITNESS the Honorable  **BARRY M. KURREN**  ,

Magistrate Judge of the United States District Court for the District of Hawaii.

DATED: **AUG 1 1 2008**  , at Honolulu, Hawaii.

SUE BEITIA, Clerk
United States District Court
for the District of Hawaii

_____
DEPUTY CLERK

United States v. PAU SAM TALITIGA,
Cr. No. 02-00081 DAE
Application and Order for Writ of
Habeas Corpus Ad Prosequendum