AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

138473

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 02-00081DAE(01) |
| PAU SAM TALITIGA | |

(Name and Address of Defendant)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 28 2008
at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST PAU SAM TALITIGA and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED

U.S. MARSHALS SERVICE
HONOLULU, HI
2007 SEP 17 AM 8:39
RECEIVED

in violation of Title United States Code, Section(s) .

| | |
|---|---|
| Sue Beitia | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *[signature]* | 09/14/2007 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL        By: Helen Gillmor, Chief United States District Judge

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at HONOLULU, HI

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9-17-07 | RUSSELL NAKASATO DUSM | *[signature]* |
| Date of Arrest 8-26-08 | | |